| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Reidinger, Martin K. | 2. Court or Organization U.S. District Court, Western District of North Carolina | 3. Date of Report 05/11/2012 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
100 Otis Street, Suite 200
Asheville, NC 28801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reidinger, Martin K.** | 05/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | C | Interest | M | T | | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. American Balanced Fund BALCX | A | Dividend | K | T | | | | | |
| 4. Federated Prime Obligations POLXX | A | Interest | J | T | | | | | |
| 5. Europacific Growth Fund AEPCX | A | Dividend | K | T | | | | | |
| 6. First Eagle Global Fund FESGX | A | Dividend | K | T | | | | | |
| 7. Franklin Income Fund FCISX | B | Dividend | K | T | | | | | |
| 8. Growth Fund of America GFACX | A | Dividend | K | T | | | | | |
| 9. John Hancock Classic Value Fund JCVCX | A | Dividend | | | Sold | 03/22/11 | K | | |
| 10. UTS SPDR Trust SPY | B | Dividend | K | T | | | | | |
| 11. Fundamental Investors Fund AFICX | B | Dividend | K | T | Sold (part) | 03/22/11 | J | | |
| 12. Hartford Mutual Funds Cap Appreciation HCACX | A | Dividend | K | T | Sold (part) | 03/31/11 | K | | |
| 13. Royce PA Mutual RYPCX | A | Dividend | K | T | | | | | |
| 14. MFS Value Fund MEICX | A | Dividend | K | T | Buy | 01/04/10 | K | | |
| 15. | | | | | Sold (part) | 03/22/11 | J | | |
| 16. Hartford MidCap Fund HMDCX | A | Dividend | J | T | Buy | 04/04/11 | J | | |
| 17. Perkins MidCap Value JMVCX | A | Dividend | J | T | Buy | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brunswick County NC Bond | B | Interest | K | T | | | | | |
| 19. Brokerage Account #2 | | | | | | | | | |
| 20. Pimco Total Return PTTRX | A | Dividend | M | T | | | | | |
| 21. Vanguard Windsor II VWNFX | A | Dividend | M | T | | | | | |
| 22. American Funds Growth Fund RGAFX | A | Dividend | | | Sold | 04/25/11 | M | | |
| 23. Mainstay LargeCap Growth I MLAIX | A | Dividend | M | T | Buy | 04/25/11 | M | | |
| 24. American Funds Europacific RERFX | A | Dividend | L | T | | | | | |
| 25. Janus Perkins Small Cap JSCOX | A | Dividend | L | T | | | | | |
| 26. T Rowe Price New Horizon Fund PRNHX | A | Dividend | L | T | | | | | |
| 27. Galliard Stable Value M | A | Dividend | M | T | | | | | |
| 28. Brokerage Account #3 | | | | | | | | | |
| 29. Columbia Marsico Focused Equity NFEBX | A | Dividend | J | T | | | | | |
| 30. Brokerage Account #4 | | | | | | | | | |
| 31. Columbia Marsico Focused Equity NFEBX | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Ridgeworth Deposit Account in Brokerage Account #1 was closed and replaced with Federated Prime Obligations investment (Lines 4 and 5). Precise date of transfer not known from the statements provided to me. The date was sometime between September 1 and October 31, 2010.

2. Investment in Third Avenue Small Cap was replaced with Janus Perkins Small Cap (Lines 21 and 22) sometime during the 4th Quarter 2010. From the statements provided to me the precise date is unknown.

Line 14 - MFS Value Fund MEICX was actually purchased in 2010 and that entry was inadvertantly omitted from last year's form. Line 14 shows the correct acquisition information.

Line 5 - Europacific Growth Fund was inadvertantly identified in last year's form as APECX, but the correct symbol is AEPCX. It has been corrected on this year's form.

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K. | 05/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Martin K. Reidinger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544